The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGRITY FINANCIAL CORP.,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RIBOLI, individually, JAMES CONOLE, individually, and ROOT FINANCIAL PARTNERS, a California Corporation,<br><br>Defendants. | Case No. 2:22-CV-00039-RSM<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINES UNDER COURT'S FEBRUARY 9, 2022 ORDER**<br><br>NOTE ON MOTION CALENDAR: MARCH 17, 2022 |

## STIPULATION

Pursuant to Local Rule 10(g) and Rule 16(b)(6) of the Federal Rules of Civil Procedure, Defendants Christopher Riboli, James Conole and Root Financial Partners, and Plaintiff Integrity Financial Corp., by and through their counsel, stipulate to and move for entry of the proposed Order set forth below. In support of this request, the parties represent the following:

1. On February 9, 2022, this Court entered an Order Regarding Initial Disclosures, Join Status Report, and Early Settlement [Dkt. #8] (the "Order"). The Order sets certain deadlines for the parties to complete the FRCP 26(f) Conference, file a Combined Joint Status Report and Discovery Plan, and exchange initial disclosures ("Initial Discovery Deadlines"). Defendants filed a Motion for Relief from the Initial Discovery Deadlines on March 8, 2022. Dkt. #30.

STIPULATED MOTION AND ORDER EXTENDING DEADLINES
UNDER COURT'S FEBRUARY 9, 2022 ORDER - 1
2:22-CV-00039-RSM

Snell & Wilmer
2018 156th Avenue NE, Suite 100
Bellevue, Washington 98007
425.748.5055

2. On February 24, 2022, Defendants filed a Motion to Dismiss [Dkt. #23] with a noting date of March 18, 2022 (the "Motion to Dismiss"). Under the Motion to Dismiss, Defendants assert that this Court does not have personal jurisdiction over the Defendants.

3. Before the Court determines whether it has jurisdiction over the Defendants, the parties seek to extend the Initial Discovery Deadlines to certain dates beyond the Court's ruling on the pending Motion to Dismiss as set forth in paragraph 4, below. Good cause for the requested extension exists, as it will prevent potential undue burden and expense of discovery, in the event the Motion to Dismiss is granted, and will not cause undue delay.

4. Consequently, and to resolve Defendants' Motion for Relief [Dkt. #30], the parties have agreed, subject to Court approval, to extend certain deadlines as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline for FRCP 26(f) Conference | 03/09/2022 | 5 days after the Court's ruling on Defendants' Motion to Dismiss |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 03/16/2022 | 15 days after the Court's ruling on Defendant's Motion to Dismiss |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule 26(f) | 03/23/2022 | 5 days after the Court's ruling on Defendants' Motion to Dismiss |

ORDER

IT IS SO ORDERED.

Certain deadlines in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement [Dkt. #8], are hereby extended to the New Deadline dates described in paragraph 4 above, and Defendants' Motion for Relief [Dkt. #30] is hereby taken off-calendar.

DATED this 18th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER EXTENDING DEADLINES
UNDER COURT'S FEBRUARY 9, 2022 ORDER - 2
2:22-CV-00039-RSM

Snell & Wilmer
2018 156th Avenue NE, Suite 100
Bellevue, Washington 98007
425.748.5055

Stipulated and jointly presented by:

SNELL & WILMER L.L.P.

*s/ Clifford S. Davidson*
Clifford S. Davidson, WSBA 48313
csdavidson@swlaw.com
Laurie R. Hager, WSBA 38643
lhager@swlaw.com

PEREZ VAUGHN & FEASBY INC.

John D. Vaughn *(admitted pro hac vice)*
vaughn@pvflaw.com
Christopher W. Rowlett *(admitted pro hac vice)*
rowlett@pvflaw.com
Todd R. Kinnear *(admitted pro hac vice)*
kinnear@pvflaw.com

Attorneys for Defendants


Stipulated and Agreed to:

LANE POWELL PC

*s/ John S. Devlin, III*
John S. Devlin, III, WSBA 23988
Sean David Jackson, WSBA 33615
devlinj@lanepowell.com
jacksons@lanepowell.com

WITHERS BERGMAN LLP

Christopher N. LaVigne *(admitted pro hac vice)*
christopher.lavigne@withersworldwide.com
Kimberly Pallen *(admitted pro hac vice)*
Kimberly.pallen@withersworldwide.com

Attorneys for Plaintiff

4887-2722-2292.2

STIPULATED MOTION AND ORDER EXTENDING DEADLINES
UNDER COURT'S FEBRUARY 9, 2022 ORDER - 3
2:22-CV-00039-RSM

Snell & Wilmer
2018 156th Avenue NE, Suite 100
Bellevue, Washington 98007
425.748.5055